Stefan H. Black, Bar No. 284499
sblack@fordharrison.com
Shanda Lowe, Bar No. 278602
slowe@fordharrison.com
**FORD & HARRISON LLP**
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Defendants
WAL-MART ASSOCIATES, INC. and
WALMART INC. (erroneously sued
as WAL-MART STORES, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJON HILL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Delaware corporation; and DOES 1-25, inclusive.,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANT WALMART INC. PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446**<br><br>Action Filed:   July 19, 2019<br>Date of Removal: August 30, 2019 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant Walmart Inc. ("*Walmart*") files this notice of removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

**I.   INTRODUCTION**

1.   Plaintiff Bijon Hill ("*Plaintiff*") filed a complaint on July 19, 2019, in the Superior Court of California, County of San Francisco, titled "*BIJON HILL v. WALMART INC. & Does 1-25*," Case No. CGC-19-577764 (the "**State Court Action**"). (Declaration of Stefan H. Black ("*Black Decl.*") ¶¶ 4-5, Ex. A)

2.   On August 30, 2019, Walmart also filed an Answer in the State Court Action. (Black Decl. ¶ 6, Ex. B.)

3.   Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders served upon or filed by Walmart in this action are attached to the Declaration of Stefan H. Black as **Exhibits A and B**. (Black Decl. ¶¶ 4-7, Exs. A and B.)

## II. NATURE OF THE SUIT

4.   The Complaint filed in the State Court Action alleges ten counts of penalties for the late payment of wages in violation of Cal. Labor Code 203.

## III. BASIS FOR REMOVAL: DIVERSITY

5.   A federal court has "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. §1332(a). "[A]ny civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant." 28 U.S.C. §1441(a). Therefore, a state court action may be removed if (1) the action is between citizens of different states, and (2) the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Each of these requirements is met in this case.

### A.   Complete Diversity of Citizenship

6.   Plaintiff resides in California. "The place where a man lives is properly taken to be his domicile until facts adduced establish the contrary." *Dist. of Columbia v. Murphy*, 314 U.S. 441, 455 (1941)). In the instant case, no facts have been adduced to rebut the presumption that Plaintiff is domiciled in California. Therefore, Plaintiff is a citizen of the State of California for diversity purposes.

7.   "[A] corporation shall be deemed to be a citizen of any State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

8.   Walmart is incorporated under the laws of the State of Delaware.

(Black Decl. ¶ 8; Compl. ¶ 1.) Walmart's principal place of business is in Arkansas. (Black Decl. ¶¶ 9-10, Ex. C.) Accordingly, Walmart is a citizen of Delaware and Arkansas for diversity purposes.

9. Because Plaintiff is a citizen of California and Walmart is a citizen of Delaware and Arkansas, complete diversity exists between the parties.

### B. Amount in Controversy Exceeds $75,000

10. A defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold. Evidence establishing the amount is required only when the plaintiff contests, or the court questions, the defendant's allegation. *Dart Cherokee Basin Operating Co., LLC v. Owens*, S. Ct. 547, 554 (2014); *see also Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 403-04 (9th Cir. 1996).

11. Plaintiff alleges that the total amount of her unpaid overtime and premium pay alone is $540,943.90. (Compl. at Prayer for Relief.)

12. Thus, this Court has original jurisdiction over the claims asserted by Plaintiff in this action based on diversity of citizenship jurisdiction under 28 U.S.C. §§ 1332(a)(1) and 1441(a).

### IV. THE NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

13. Pursuant to 28 U.S.C. § 1446(a), Walmart has attached to this notice and the declaration of Stefan H. Black, all pleadings, process, orders, and all other filings in the state court action. (Black Decl. ¶¶ 4-7, Exs. A and B.)

14. Plaintiff delivered a copy of the Complaint and the Summons on Walmart's agent for service of process on July 31, 2019. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

15. Walmart will promptly file and serve a notice of removal to the Clerk of Superior Court of California, County of San Francisco. (*See* Black Decl. ¶ 11, Ex. D.)

16. As required by 28 U.S.C. §1446(d), Walmart will give notice of this

removal to Plaintiff. (Black Decl. ¶ 11, Ex. D.)

## V. VENUE

17. This action was brought and is pending before the Superior Court of California, San Francisco County.

18. San Francisco County, California is located within the Northern District of California. In addition, because the action arises in San Francisco County, it shall be assigned to the San Francisco Division. *See* Civil L.R. 3-2(d).

19. Thus, venue is proper pursuant to 28 U.S.C. § 84(c)(2) because this is the "district and division embracing the place where [Plaintiff's] action is pending." 28 U.S.C. §1441(a), & 1446(a).

## VI. CONCLUSION

WHEREFORE, Walmart prays that the Court will remove this civil action from the Superior Court of the State of California, San Francisco County, to the United States District Court for the Northern District of California. By removing the action to this Court, Walmart does not waive any defenses, objections, or motions available to it under state or federal law.

Dated: August 29, 2019

Respectfully submitted,

FORD & HARRISON LLP

By: */s/ Stefan H. Black*
Stefan H. Black
Shanda Y. Lowe
Shannen T. Garrett
Attorneys for Defendants
WALMART INC.

## PROOF OF SERVICE

I, Curfew F. Wilson, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On August 29, I served a copy of the within document(s):

**NOTICE OF REMOVAL OF ACTION BY DEFENDANT WALMART INC. PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446**

[X] (U.S. MAIL) By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (OVERNIGHT DELIVERY) by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

[ ] (E-MAIL) By transmitting via electronic mail the document(s) listed above to the e-mail address set forth below on this date before 5:00 p.m.

Joseph H. Low IV                                                Attorneys for Plaintiff
The Law Form of Joseph H. Low IV
100 Oceangate, 12th Floor
Long Beach, Ca 90802
Telephone:  (562) 901-0840
Facsimile:   (562) 901-0841

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 29, 2019, at Los Angeles, California.

_____
CURFEW F. WILSON

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

-5-

NOTICE OF REMOVAL
CASE NO.