1   Timothy L. Reed, Bar No. 258034
    treed@fordharrison.com
2   FORD & HARRISON LLP
    1901 Harrison Street, Suite 1650
3   Oakland, CA 94612
    Telephone: (415) 852-6910
4   Facsimile: (415) 852-6925

5   Jenny S. Choi, Bar No. 285839
    jchoi@fordharrison.com
6   FORD & HARRISON LLP
    350 South Grand Avenue, Suite 2300
7   Los Angeles, CA 90071
    Telephone: (213) 237-2400
8   Facsimile: (213) 237-2401

9   Attorneys for Defendant
    WALMART INC.

10
                        UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12

13
    BIJON HILL, an individual,                Case No. 4:19-cv-05436-JST
14
                    Plaintiff,                [Assigned to the Hon. Jon S. Tigar]
15
    v.                                        **DECLARATION OF ANNE TAMRAZI IN
16                                            SUPPORT OF DEFENDANT'S MOTION
    WALMART, INC., a Delaware                 FOR SUMMARY JUDGMENT**
17  corporation; and DOES 1-25, inclusive,
                                              Date:        January 13, 2021
18                  Defendants.               Time:        2:00 p.m.
                                              Ctrm.:       6
19
                                              Action Filed:     July 19, 2019
20                                            Date of Removal:  August 29, 2019

21

22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WSACTIVELLP:11878904.1

DECLARATION OF ANNE TAMRAZI IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
4:19-CV-05436-JST

I, Anne Tamrazi, declare as follows:

1.      I am over eighteen years of age, and have personal knowledge of each of the matters set forth below and, if called as a witness, could and would testify competently to each of them under oath.

2.      This declaration is submitted in support of Walmart Inc.'s ("Walmart" or the "Company") Motion for Summary Judgment.

3.      I am currently a Manager, Photo Operations for Walmart and have held this position for four and a half years.  Walmart's primary business is in retail.  Walmart is not engaged in the business of modeling, nor is Walmart a modeling agency.

4.      As part of my duties, I am familiar with Walmart's operations with respect to photo shoots conducted at the studio Walmart rents in South San Francisco, California ("Photo Shoots"), including Walmart's agreements with talent agencies for the provision of workers for Photo Shoots.  This declaration pertains specifically to Walmart's operations of the Photo Shoots in 2016 and 2017.

5.      As part of my duties, I have access to and am familiar with Walmart's agreements with third party contractors regarding the Photo Shoots.

6.      Effective May 23, 2016, Walmart entered into a Consulting Agreement ("Agreement") with Scout Talent Management, LLC ("Scout").  A true and correct copy of this Agreement is attached hereto as **Exhibit B**.

7.      Effective May 23, 2016, Walmart and Scout entered into a Master Statement of Work ("MSOW").  A true and correct copy of the 2016 MSOW is attached hereto as **Exhibit C**.

8.      Effective February 1, 2017, Walmart and Scout entered into another MSOW.  A true and correct copy of the 2017 MSOW is attached hereto as **Exhibit D**.

9.      Prior to utilizing the services of models like Bijon Hill, Walmart held model castings for photo shoots.  At these castings, models were photographed and measured.  This information was then passed along to Walmart's creative team to assess whether or not the model should or should not be used going forward.

FORD & HARRISON
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WSACTIVELLP:11878904.1          - 2 -          DECLARATION OF ANNE TAMRAZI IN SUPPORT
OF  MOTION FOR SUMMARY JUDGMENT
4:19-CV-05436-JST

10.     With respect to models represented by Scout, including Plaintiff, Walmart negotiated the rates directly with Scout.  Walmart never negotiated rates directly with any model, including Plaintiff.

11.     The practice for Plaintiff's Photo Shoots was as follows.  The Photo Shoots took place at a studio rented by Walmart in South San Francisco, California.  Upon arrival, models checked in at the reception area and were provided a visitor's tag indicating that they were not Walmart employees.  From there, a producer introduced the models to an area of the studio to work with a team of freelancers who generally were not Walmart employees, including a photographer, stylist, and assistant stylist.  Like the models, the other members of the team were typically provided by agencies.  There would be multiple other shoots conducted in other areas of the studio at the same time.

12.     The individuals on this team, including the models, were responsible for creating an end product of photographs to be used on Walmart's website.  During the shoots, the stylists selected outfits for the models and the stylists used their discretion to provide models with complimentary accessories.  The photographer and/or art director told the models which poses they should use, and the models exercised their discretion and expertise in making the poses.

13.     A producer would be present at the studio at the time of Plaintiff's Photo Shoots.  On occasion, the producer was also a freelance worker.  Throughout the day, the producer moved around the various shoots taking place at the studio.  The producer did not control any particular shoot or the activities of any members of any of the teams.

14.     At the end of each shoot, models signed a Talent Voucher.  A true and correct copy of the Talent Vouchers signed by Plaintiff for the subject Photo Shoots are attached as **Exhibit E.**

15.     Walmart sent Scout an email at the end of each calendar week confirming the attendance of models Scout represented at Photo Shoots from that week and attaching any applicable talent vouchers.  After receiving an invoice from Scout, Walmart tendered payment to Scout.  It was Walmart's understanding that this practice was consistent with the modeling industry standard.  This was Walmart's practice prior to and through the Photo Shoots as it related to all models and their talent agencies.

FORD & HARRISON
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WSACTIVELLP:11878904.1                    - 3 -                    DECLARATION OF ANNE TAMRAZI IN SUPPORT
OF  MOTION FOR SUMMARY JUDGMENT
4:19-CV-05436-JST

16.     Walmart did not believe it had created, nor did it ever intend to create, an employment relationship with Plaintiff. Walmart never presented Plaintiff with a written job offer. Walmart never provided Plaintiff with any employment policies, nor was Plaintiff subject to any employment policies. Walmart did not require Plaintiff to undergo any orientation or training. Walmart never provided written evaluations to Plaintiff or subjected her to any discipline. Walmart did not issue any paycheck, W-2, or IRS 1099 to Plaintiff. Walmart never negotiated Plaintiff's rate directly with Plaintiff. Walmart had no direct communications with Plaintiff prior to or in between the Photo Shoots. All communications prior to and in between the Photo Shoots were directed to Scout.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 12th day of November 2020, in San Francisco, California.

_____
ANNE TAMRAZI

FORD & HARRISON
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WSACTIVELLP:11878904.1

- 4 -

DECLARATION OF ANNE TAMRAZI IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT
4:19-CV-05436-JST



**EXHIBIT B**

# CONSULTING AGREEMENT
## Creative Consultant

**THIS CONSULTING AGREEMENT** ("Agreement") is effective May 23, 2016 ("Effective Date") by and between **WAL-MART.COM USA, LLC**, a Delaware corporation with a place of business at 850 Cherry Avenue, San Bruno, CA 94066 ("Walmart"), and Scout Talent Management LLC a California Limited Liability corporation with a place of business at 12 Geary Ave, St. 501, San Francisco, CA 94108 ("Consultant"). "Party" or "Parties" means, individually, Walmart or Consultant as the context requires and, collectively, Walmart and Consultant.

1.     <u>**Services and Payment**</u>. Consultant agrees to perform and complete the services described in master statements of work in the same form as <u>Exhibit A</u> (each, "MSOW") that may be entered into pursuant to this Agreement during the Term ("Services"). The initial MSOW entered into between the Parties is the MSOW attached as <u>Exhibit A</u>. Each MSOW must be signed by each Party and incorporate itself by reference. Walmart must pay Consultant the fee(s) identified in the applicable MSOW and any preapproved travel and expenses in accordance with <u>Exhibit B</u>. During the term of a MSOW, either Party may propose to alter, modify, expand or change the scope of the Project ("Change") by submitting to the other Party a change order in the form attached as <u>Exhibit C</u> ("Project Change Request" or "PCR") detailing the Change and any other relevant information that enables the Parties to implement the Change. No Change is authorized unless Walmart and Consultant have signed a Project Change Request to the applicable MSOW. All fees must be charged pursuant to the Rate Card attached as Exhibit D. Consultant may not increase the fees for Services unless agreed to in writing by Walmart or as expressly set forth in a MSOW.

2.     <u>**Affiliates**</u>. To the extent any of Walmart's Affiliates desire to contract with Consultant for the Services under the terms and conditions of this Agreement, Consultant agrees that those Affiliates may enter into Statement(s) of Work directly with Consultant under this Agreement. For purposes of this Agreement, a Walmart "Affiliate" means any entity controlling, controlled by or under common control with Walmart, where "control" is defined as (i) the ownership of at least fifty percent (50%) of the equity or beneficial interests of the entity; or (ii) the right to vote for or appoint a majority of the board of directors or other governing body of the entity; or (iii) the power to exercise a controlling influence over the management or policies of the entity; or (iv) effective control over the entity's IT systems and software development pursuant to a joint venture or otherwise. Walmart Affiliates also include any entity (a) under a contractual relationship with Walmart, where Walmart is the primary provider of operational retail services, including, but not limited to, purchasing, store planning and inventory control; or (b) under the primary operational control of Walmart through an operating agreement; or (c) that is a franchisee of either Walmart or an Affiliate (as specified in subsections (i) - (iv) above); or (d) in which Walmart has an equity stake of at least twenty-five percent (25%) of the equity having the power to vote on or direct the affairs of the entity, in any case for so long as the entitlement subsists. For purposes of this Agreement, Walmart Affiliates are included within the definition of "Walmart," as provided above.

3.     <u>**Confidentiality and Security**</u>.

        (a)     <u>Confidentiality Obligations; Information Security</u>. Each party may disclose (the "Discloser") confidential and proprietary information ("Confidential Information") to the other party (the "Recipient"). In each such case, the Recipient shall hold such Confidential Information in confidence and shall not disclose such Confidential Information except to a party's Affiliates, employees or agents who have a need to know such Confidential Information in order to perform such party's obligations under this Agreement. Neither party shall have any rights in the other party's Confidential Information and shall return or destroy all such Confidential Information upon the termination of the applicable MSOW or the request of the Discloser. Notwithstanding any other term hereof, the term "Confidential Information" shall not include information that: (a) was already in the lawful possession of the Recipient prior to receipt thereof, directly or indirectly, from the Discloser; (b) lawfully becomes available to Recipient on a non-confidential basis from a source other than Discloser that is not under an obligation to keep such information confidential; (c) is generally available to the public other than as a result of a breach of this Agreement by Recipient or its representative(s); or (d) is subsequently and independently developed by employees, consultants or agents of the Recipient without reference to the Confidential Information

disclosed hereunder. In providing the Services, Consultant shall not have any access to Walmart's customer information, personally identifiable information ("PII"), customer or supplier list or requirement, and/or financial and accounting information.

      (b)    <u>Exceptions</u>. A party shall not be considered to have breached its obligations by disclosing Confidential Information of the other party as required to satisfy any request of a competent governmental body provided that, promptly upon receiving any such request and to the extent that it may legally do so, such party advises the other party of the request prior to making such disclosure in order that the other party may interpose an objection to such disclosure, take action to assure confidential handling of the Confidential Information, or take such other action as it deems appropriate to protect the Confidential Information.

## 4.    <u>Relationship of the Parties</u>.

      (a)    <u>Independent Contractors</u>. Walmart and Consultant are acting under this Agreement as independent contractors. Consultant is not and will not be considered an agent, employee, joint venturer or partner of Walmart. Consultant is responsible for the conduct of its personnel. Neither Walmart nor Consultant has the right, and will not seek, to exercise any control over the other Party. Each Party is solely responsible for hiring, firing, promoting, demoting, rates of pay, taxes, benefits and other terms and conditions in regard to its own personnel. Consultant's personnel are not considered employees of Walmart, are not entitled to any benefits that Walmart grants its employees and have no authority to act on Walmart's behalf. If any federal, state or local government agency, any court or any other applicable entity determines that any personnel of Consultant is an employee of Walmart for any purpose, Consultant is responsible for all associated liabilities, costs and expenses (including, but not limited to, reasonable attorneys' fees).

      (b)    <u>Work Rules</u>. When Services are provided on Walmart's premises, Consultant and its personnel must follow Walmart's work and holiday schedule and on-site vendor policies. Consultant must not assign any person to perform Services at a Walmart location if the person poses a reasonably ascertainable risk to the safety or property of Walmart or its employees, business partners, customers or business invitees. For purposes of this Section 4(b), "risk" means any propensity to engage in violence, sex crimes, fraud, theft, vandalism or any other conduct likely to result in harm to a person or property. Except as expressly provided in this Agreement, Consultant must determine the method, details, means and place of performing the Services and must control the day to day and operational management of the Services. Consultant must use the best practices acknowledged in the industry and adhere to Walmart's specifications and policies regarding the performance and delivery of Services.

      (c)    <u>Subcontractors</u>. Consultant may not delegate its responsibilities under this Agreement to third Parties without prior written consent for each third party. Walmart may reject or approve the use of third party subcontractors by Consultant in its reasonable discretion. Consultant shall remain responsible for all Services provided by approved third party subcontractors, and must cause such third party subcontractors and their employees to comply with the terms and conditions of this Agreement including this Section 4.

## 5.    <u>Warranty</u>.

      (a)    <u>Services</u>. Consultant continuously warrants that (i) the Services will be performed in a professional and workmanlike manner acceptable to Walmart, by an adequate staff knowledgeable about the Services and in accordance with the applicable MSOW; and (ii) Consultant must abide by all policies provided to them by Walmart.

      (b)    <u>FCPA Compliance</u>. In executing its duties under this Agreement, Consultant covenants that it must comply with all relevant laws and ordinances, including those laws pertaining to corruption, including the US Foreign Corrupt Practices Act and, if applicable, the UK Bribery Act 2010. Consultant further covenants that it must not pay, promise to pay, authorize a payment, give, promise to give, or authorize the giving of anything of value to any Government Official for purposes of: (i) influencing any act or decision of any Government Official in his official capacity; (ii) inducing any Government Official to do or omit to do any act in violation of the lawful duty of any official; (iii) securing any improper advantage; or

(iv) inducing any Government Official to use his influence with the government or instrumentality of government to affect or influence any act or decision of the government or instrumentality with respect to any activities undertaken relating to this Agreement. A Government Official for purposes of this section means any officer or employee of a foreign government, public international organization, or department, agency or instrumentality of a foreign government.

**6.** **License.** Consultant hereby grants Walmart a non-exclusive license during the applicable MSOW Term to use the Services set forth in the applicable MSOW. Except as specifically set forth herein, Consultant or its suppliers retain all right, title, and interest, including all intellectual property rights, relating to or embodied in the Services. Notwithstanding the foregoing, and unless otherwise agreed to in a Statement of Work, if (i) Consultant intellectual property is made part of the Deliverables (with or without Walmart's written permission), or (ii) any Consultant intellectual property is required to use the Deliverables or receive benefit from the Services, Consultant grants to Walmart a nonexclusive, worldwide, royalty-free, irrevocable, perpetual and transferable license to publish, transmit, transfer, reproduce, distribute, display, prepare derivative works of, and otherwise use the content provided by Consultant to Walmart under the Agreement ("Content") for Walmart's marketing purposes in any form, (including publishing or display on Walmart websites, third party social media platforms (including without limitation Facebook, Instagram, Pinterest, Twitter, and Snapchat), in videos, internet postings, or email) whether through Walmart's own services or third party services and to authorize others to do any or all of the foregoing in connection with Walmart's use of the Deliverables or Services.

**7.** **Indemnification**. Consultant must defend, indemnify and hold Walmart harmless from any and all claims, damages, liability, attorneys' fees and expenses on account of Consultant's performance of its obligations under this Agreement.

**8.** **Limitation of Liability**. UNDER NO CIRCUMSTANCES IS WALMART LIABLE UNDER ANY THEORY OF TORT, CONTRACT, STRICT LIABILITY OR OTHER LEGAL OR EQUITABLE THEORY FOR LOST PROFITS, EXEMPLARY, PUNITIVE, SPECIAL, INCIDENTAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR THE LIKE, EACH OF WHICH IS EXCLUDED BY AGREEMENT OF THE PARTIES REGARDLESS OF WHETHER DAMAGES WERE FORESEEABLE OR WHETHER WALMART HAD BEEN ADVISED OF THE POSSIBILITY OF DAMAGES. WALMART'S AGGREGATE LIABILITY TO CONSULTANT OR ANY THIRD PARTY FOR ANY CLAIMS, LOSSES, INJURIES, SUITS, DEMANDS, JUDGMENTS, LIABILITIES, COSTS, EXPENSES OR DAMAGES FOR ANY CAUSE WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, THOSE ARISING OUT OF OR RELATED TO THIS AGREEMENT), AND REGARDLESS OF THE FORM OF ACTION OR LEGAL THEORY, MUST NOT EXCEED THE TOTAL FEES PAID BY WALMART UNDER THIS AGREEMENT. THE LIMITATIONS OF LIABILITY REFLECT THE ALLOCATION OF RISK BETWEEN THE PARTIES. THE LIMITATIONS SPECIFIED IN THIS SECTION 8 SURVIVE AND APPLY EVEN IF ANY LIMITED REMEDY SPECIFIED IN THIS AGREEMENT IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

**9.** **Term; Termination**. This Agreement commences on Effective Date, continues for a period of one (1) year ("Initial Term"), and automatically renews for additional twelve (12) month periods (each, a "Renewal Term"), until terminated in accordance with the terms and conditions in this Agreement (collectively, the "Term"). Each MSOW will have a separate term for the Services. If either Party materially breaches a provision of this Agreement and/or any MSOW and fails to remedy the breach within thirty (30) days of receipt of written notice from the nonbreaching Party, the nonbreaching Party may terminate this Agreement and/or any MSOW affected by the breach. Walmart may also terminate this Agreement and/or any particular MSOW upon written notice to Consultant, provided that Walmart must pay all invoices for Services delivered prior to the termination date. Sections 3-11 and any remedies for breach of this Agreement or perpetual licenses set forth in a MSOW survive any termination or expiration of this Agreement.

**10.** **Insurance**. Consultant must, at its own cost and expense, obtain and maintain during the Term of this Agreement, and for a period of two (2) years following expiration or termination, Commercial General Liability Insurance, including contractual liability insurance against the liability assumed in this Agreement, products liability, and broad form property damage, including completed operations, for Bodily

Injury and Property Damage on a $1,000,000 per occurrence basis. All such insurance required in this Agreement must be with companies and in amounts acceptable to Walmart and provide that the coverage thereunder may not be reduced or canceled without Walmart's prior written consent. All insurance must be primary and not contributory with regard to any other available insurance to Walmart. All insurance must be written by companies with a BEST Guide rating of B+ VII or better. All policies must include Walmart as an additional insured and contain a waiver of subrogation. Certificates of insurance (or copies of policies) must promptly be furnished to Walmart upon Walmart's request.

**11.** **Miscellaneous**. This Agreement constitutes the entire agreement between the Parties concerning its subject matter and supersedes all prior agreements and understandings, both written and oral, with respect to the subject matter of this Agreement. This Agreement may be amended or waived only in writing executed by both Parties. This Agreement is binding on and inures to the benefit of the Parties and their respective successors and assigns. Consultant may not assign any of its rights or obligations under this Agreement without the prior written consent of Walmart. Any breach of Section 3 will cause irreparable harm to Walmart for which damages would not be an adequate remedy, and Walmart is entitled to injunctive relief with respect to any violation in addition to any other remedies. If any provision of this Agreement is declared void or unenforceable, then the provision is automatically amended to the minimum extent required to make it valid, legal, enforceable and nearest to the original intent, and the other provisions remain in full force and effect. The waiver of a breach does not operate as a waiver of any subsequent breach. All notices under this Agreement must be in writing and deemed to have been duly given (a) when delivered by hand; (b) one (1) day after delivery by receipted overnight delivery; or (c) three (3) days after being mailed by certified or registered mail, return receipt requested, with postage prepaid to the Party to the address of the Party to be noticed as set forth on page one of this Agreement or other address as last provided to the other Party by written notice. During the term of any Services and for a period of one (1) year following the termination or expiration of this Agreement, Consultant may not, directly or indirectly, solicit for hiring, hire or accept any services or work from Walmart's employees who are associated with the Services without the prior written consent of Walmart. Consultant must not use the name, logo, trademarks or trade names of Walmart in publicity releases, promotional material, customer lists, advertising, marketing or business-generating efforts, whether written or oral, without obtaining Walmart's prior written consent, which consent may be withheld at Walmart's sole discretion. This Agreement is governed in all respects by the laws of Arkansas without giving effect to any conflicts of laws principles that require the application of the law of a different state and without regard to any presumption or rule of law requiring its construction against the Party drafting any part of this Agreement. The Parties consent to the venue and personal jurisdiction of the federal or state courts in Benton and Washington Counties, Arkansas as the exclusive forums for resolution of any dispute under this Agreement, and will not raise, and each waives, any defenses based on venue, inconvenience of forum, or lack of personal jurisdiction in these counties.

Agreed:

| SCOUT TALENT MANAGEMENT LLC | WAL-MART.COM USA, LLC |
|---|---|
| (Consultant) | (Walmart) |
| By _Jada Ogden_ | By _Mark Danzig_ |
| A03D2F2CFD2F46B... | 88C8E9B0CB824BA... |
| Name Jada Ogden | Name Mark Danzig |
| Title Agency Director | Title Vice President, Creative |
| Date 9/6/2016 | 11:13:10 PDT | Date 9/1/2016 | 12:10:59 PDT |

EXHIBit A

WAL-MART STORES, INC. ("Walmart") and Scout Talent Management LLC. ("Consultant") enter into this Master Statement of Work ("MSOW") on <mark>DATE</mark> ("MSOW Effective Date"). This MSOW is governed by the Consulting Agreement dated <mark>DATE</mark> (the "Agreement") between Walmart and Consultant. The terms of the Agreement are incorporated here by this reference. If there are any inconsistencies between the Agreement and this MSOW, the Agreement shall take precedence except to the extent the MSOW expressly references conflicting sections of the Agreement and expresses intent to override the conflicting Agreement sections with respect to the MSOW Unless otherwise defined in this MSOW, terms set forth in initial uppercase letters have the meaning established in the Agreement.

Consultant agrees to complete the following project in accordance with the Agreement and the following terms:

**I.** **Project Overview**

Agency will provide consultants to Walmart's Item and Marketing production staff to support the creation of imagery for the Walmart.com website. Services will be on an as-needed, intermittent or project basis.

**II.** **Term of MSOW**

This MSOW commences on the MSOW Effective Date and terminates on DATE.

**III.** **Scope of Work**

Consultant will provide the following services to Walmart during the term of this MSOW "Services"):

- Provide models or other creative resources to support Walmart's production staff in executing and fulfilling photography projects according to Walmart's direction and business needs.

**IV.** **Responsibilities**

The Parties' responsibilities under this MSOW are as follows:

A.   Consultant:  Provide support for imagery creation as needed upon receipt of a request in the form set out in **Attachment A – Talent Voucher** ("Talent Vouchers").

- To work with Walmart to provide models for photo and/or video shoots.
- To coordinate details & communicate information to models to adequately prepare them for castings and/or shoots.
- To bill and collect payment on models' behalf.

B.   Walmart:
- Notify Consultant of intention to use, dates needed, and coordinate assignment,
- Prepare Talent Voucher for model signature and provide to Consultant at completion of project,
- Provide additional information, direction, instructions and timelines to assist and guide the execution of above.

**V.** **Specifications**

The Services provided under this MSOW must meet the following requirements and specifications:

As determined by Walmart based on the specifics of the project to be worked.

**VI.**      <u>Service Level Standards</u>

The service level standards applicable to this MSOW are as set forth in the Agreement and as determined by Walmart in its sole discretion.

**VII.**      <u>Acceptance Testing Criteria</u>

Walmart may accept or reject Deliverables under this MSOW in its sole discretion.

**VIII.**      <u>Fees/Number of Hours of Service</u>

A. This MSOW also contains Talent Vouchers which will be numbered consecutively. The value of those vouchers will not exceed the amount set forth in subsection B below.

B. Consultant must invoice Walmart on a monthly basis for Services performed and completed under this MSOW at rates set forth in the respective Talent Vouchers. All Talent Vouchers must be signed by Walmart's designated representative and accompany the applicable invoice.

C. All undisputed and properly submitted invoices for fees and expenses are payable on the terms set forth in the Agreement. All invoices for fees and expenses are payable 30 days after receipt of invoice. Total fees under this MSOW must not exceed $X.00. Any fees exceeding $X.00 must be pre-approved in writing by Walmart in the form of a Project Change Request.

D. Travel and expense costs for this MSOW will not exceed the amount set forth in the Travel Voucher. Any out-of-pocket expenses must be pre-approved in writing by Walmart and incurred in accordance with Walmart's Travel and Expense Policy, attached as Exhibit A to the Agreement.

E. In the event the Agreement or this MSOW is terminated for any reason, Walmart shall have no obligation to pay for invoice amounts, or portions thereof, relating to services rendered subsequent to the date of termination.

**IX.**      <u>Counterparts</u>

This MSOW may be executed in counterparts or duplicate originals. Facsimile, electronic and digital copies of the MSOW, including properly executed PDF versions of the MSOW, are regarded as an original instrument by the Parties.

Agreed:

SCOUT TALENT MANAGEMENT LLC

(Consultant)

By: _____

Name NOT FOR EXECUTION

Title: _____

Date: _____

WAL-MART STORES, INC.

(Walmart)

By_____

Name NOT FOR EXECUTION

Title_____

Date_____

## ATTACHMENT A
## TALENT VOUCHER  No. ___  for MSOW PR NUMBER

| **WAL-MART.COM USA, LLC** | | **MODEL OR MODEL'S LEGAL GAURDIAN** | |
|---|---|---|---|
| CLIENT: | Walmart GSS NA | MODEL NAME: | |
| | P.O. Box 8060 | AGENCY NAME: | |
| | Bentonville, AR 72712-8060 | BOOKER: | |
| | | ADDRESS: | |
| CONTACT NAME: | | CITY: | |
| JOB DATE: | | STATE/ZIP: | |
| PROJECT: | | PHONE: | |
| PUBLICATION DATE: | | FAX: | |
| P.O.#: | | EMAIL: | |

| | TIME IN | TIME OUT | TOTAL HRS | RATE $ | TOTAL $ |
|---|---|---|---|---|---|
| SHOOT | | | | | |
| TRAVEL | | | | | |
| FITTING | | | | | |
| OVERTIME | | | | | |
| LUNCH/BREAKS | | | | | |

| | |
|---|---|
| **SUBTOTAL** | |
| **AGENCY FEE** | |
| **TOTAL FEE** | |

In consideration of receipt of my modeling fee (inclusive of agency fee) as well as any additional residual fees due which were negotiated with my agent, I hereby grant to Wal-Mart.com USA, LLC ("Walmart") and its applicable advertising agency, if any, an exclusive worldwide, royalty-free, irrevocable, perpetual and transferable license to publish, transmit, transfer, reproduce, distribute, display, prepare derivative works of, and otherwise use any photographs or likeness of me in which I may be included in whole or in part of composite or reproductions thereof, in color or otherwise, still or moving, without restriction as to changes or alterations from time to time, for commercial or print advertising purposes only through any media, trade, or any other similar lawful purpose, which may include the publishing or display on Walmart websites, third party social media platforms (including without limitation Facebook, Instagram, Pinterest, Twitter, and Snapchat), in videos, internet postings, or email whether through Walmart's own services or third party services, except television, billboards, point-of-purchase displays, phone arcades, bus shelters, poster, subway, bus displays, or national ads or other high exposure usages not specifically mentioned previously , which shall be subject to another written agreement between Walmart and me, for a period commencing on the date of first publication of the photographs and terminating on _____. Accordingly: I release and discharge the company and persons named above and persons acting for or on behalf of them for any liability by virtue of any blurring, distortion, alteration, optical illusion, or use in composite form that may occur or be produced in the taking of aid picture or in any processing thereof through completion of the finished product.

I agree to submit this Voucher at the end of each day modeling services are rendered, but in any event no later than seven (7) days after any date by which my modeling services are rendered, and that any changes to the rate described above must be pre-approved in writing by Walmart.  All payments are due in thirty days from date of invoice submission. Model will receive payment based on payment from Walmart, unless otherwise negotiated by agency

| **WAL-MART.COM USA, LLC** | | **MODEL OR MODEL'S LEGAL GAURDIAN** | |
|---|---|---|---|
| SIGNATURE: | | SIGNATURE: | |
| PRINT NAME: | | PRINT NAME: | |
| TITLE: | Photography Producer | RELATIONSHSIP TO MODEL: | |
| DATE: | | DATE: | |

*All voucher(s) submitted by Model are subject review by a representative of Walmart.*

## EXHIBIT B

## WALMART TRAVEL AND EXPENSE POLICY

Expenses **must** be turned in within 60 days from the date on which they were incurred (not the invoice payment due date).

### Which receipts are required?
Receipts are required for ALL lodging, transportation, meals, and miscellaneous items.  If the receipts are not attached to the report Walmart will not reimburse such expenses. The expense report must list in detail all expenses incurred.  Credit card statements are only considered substitutes for original receipts in case of emergency when no receipt is available.

### Other expenses
### Cell Phones
You will only be reimbursed for business-related calls.  International calls from cell phones will not be reimbursed.  Long distance and roaming charges on cell phones will not be reimbursed.

### Phone Calls and Network Connectivity
Note: Long distance calls should not be placed from hotels and when using dial-up, please remember to change your VPN dialer to a local number.  Work offline as much as possible.

### Flight Reservations
It is Walmart policy to reimburse only for travel by coach. Tickets must be purchased at least 7 days prior to departure, but as soon as your trip is confirmed. All airline tickets purchased will be non-refundable.

### Transportation and Airport Parking
Airport Parking will only be reimbursed at long-term lot rates.   Limousines or drivers will not be reimbursed (cabs and shuttles only).

### Hotel Accommodations
Hotel rooms must be booked at preferred vendor hotels, depending on availability. While visiting Bentonville, our preferred hotels are the Hampton Inn and Candlewood Suites.  When booking these hotels, please ask for the Wal-Mart rate. While visiting San Bruno, the preferred hotels are listed below. When booking these hotels, please ask for the Walmart rate.

| Courtyard Marriott | Villa Montes Hotel | Staybridge Suites |
|---|---|---|
| 1050 Bayhill Drive | 620 El Camino Real | 1350 Huntington Avenue |
| San Bruno, CA 94066 | San Bruno, CA 94066 | San Bruno, CA 94066 |
| (650) 952-3333 | (650) 745-0111 | (800) 588-0770 |

### Rental Cars
The following guidelines should be used when booking rental cars:
- Two or less people - compact car
- Three or more people - mid-size car

### Meals
The daily maximum for meals while traveling is $35. Note this amount is not a per-diem charge; all meals require receipts. IRS regulations require that receipts must be submitted and that all receipts must include business purpose and a list of attendees.  **Note: Alcoholic Beverages will NOT be reimbursed and if incurred, should be a separate charge, from all other meal charges.**

### Automobile Expenses
When driving your personal vehicle for Company purpose, you may choose to submit either actual expenses (gas, tolls, parking) or the IRS standard mileage rate - not both.  Mileage is reimbursed only to the extent that it exceeds your standard commute.  Tolls will only be reimbursed if a receipt is provided. NOTE: Walmart does not provide or assume responsibility for insurance coverage for personal vehicles. The mileage paid compensates for his/her expenses including repairs, maintenance, insurance, fuel, oil, etc., which he/she is to solicit and purchase on his/her own.

**EXHIBIT C**

**FORM OF PROJECT CHANGE REQUEST**

**PROJECT CHANGE REQUEST NO. ___**

This Project Change Request ("PCR") dated _____ amends Statement of Work Number __ dated _____ (the "MSOW") by and between Scout Talent Management LLC ("Consultant") and WAL-MART.COM USA, LLC ("Walmart"), entered into pursuant to the terms and conditions of, the Consulting Agreement between Consultant and Walmart dated DATE ("Agreement").

1.      Section _ in the MSOW is deleted in its entirety and replaced with the following:

2.      Except as expressly amended by this PCR, all terms and conditions of the MSOW and the Agreement remain in full force and effect.

3.      This PCR may be executed in counterparts or duplicate originals.  Facsimile and electronic and digital copies of the PCR, including properly executed PDF versions of the PCR, are regarded as an original instrument by the Parties.

Agreed:

| | |
|---|---|
| SCOUT TALENT MANAGEMENT LLC | WAL-MART.COM USA, LLC |
| (Consultant) | (Walmart) |
| By_____ | By_____ |
| Name NOT FOR EXECUTION | Name NOT FOR EXECUTION |
| Title_____ | Title_____ |
| Date_____ | Date_____ |

DocuSign Envelope ID: 64D840DA-52CD-494C-BFAF-24CE117CBB3B

## EXHIBIT D

## BOOKING AND RATE SCHEDULE

Notwithstanding any provision herein, fees set forth in this Booking and Rate Schedule may not increase for a period of five (5) years from the Effective Date.  Thereafter, Consultant may increase the fees for Services upon each renewal for Services; provided, however, such increase may not exceed the lesser of (i) the percentage change in the Consumer Price Index during the preceding twelve (12) months, or (ii) two percent (2%).

Rates:          $200 to $2500 per day

Agency Fee:     20% agency fee

# MASTER STATEMENT OF WORK NO. 14805

WAL-MART STORES, INC. ("Walmart") and Scout Talent Management LLC. ("Consultant") enter into this Master Statement of Work ("MSOW") on May 23, 2016 ("MSOW Effective Date"). This MSOW is governed by the Consulting Agreement dated May 23, 2016 (the "Agreement") between Walmart and Consultant. The terms of the Agreement are incorporated here by this reference. If there are any inconsistencies between the Agreement and this MSOW, the Agreement shall take precedence except to the extent the MSOW expressly references conflicting sections of the Agreement and expresses intent to override the conflicting Agreement sections with respect to the MSOW Unless otherwise defined in this MSOW, terms set forth in initial uppercase letters have the meaning established in the Agreement.

Consultant agrees to complete the following project in accordance with the Agreement and the following terms:

**I.**      **Project Overview**

Agency will provide consultants to Walmart's Item and Marketing production staff to support the creation of imagery for the Walmart.com website. Services will be on an as-needed, intermittent or project basis.

**II.**      **Term of MSOW**

This MSOW commences on the MSOW Effective Date and terminates on May 22, 2017.

**III.**      **Scope of Work**

Consultant will provide the following services to Walmart during the term of this MSOW "Services"):

- Provide models or other creative resources to support Walmart's production staff in executing and fulfilling photography projects according to Walmart's direction and business needs.

**IV.**      **Responsibilities**

The Parties' responsibilities under this MSOW are as follows:

A.      Consultant:  Provide support for imagery creation as needed upon receipt of a request in the form set out in **Attachment A – Talent Voucher** ("Talent Vouchers").

- To work with Walmart to provide models for photo and/or video shoots.
- To coordinate details & communicate information to models to adequately prepare them for castings and/or shoots.
- To bill and collect payment on models' behalf.

B.      Walmart:
- Notify Consultant of intention to use, dates needed, and coordinate assignment,
- Prepare Talent Voucher for model signature and provide to Consultant at completion of project,
- Provide additional information, direction, instructions and timelines to assist and guide the execution of above.

**V.**      **Specifications**

The Services provided under this MSOW must meet the following requirements and specifications:

As determined by Walmart based on the specifics of the project to be worked.

**VI.    Service Level Standards**

The service level standards applicable to this MSOW are as set forth in the Agreement and as determined by Walmart in its sole discretion.

**VII.    Acceptance Testing Criteria**

Walmart may accept or reject Deliverables under this MSOW in its sole discretion.

**VIII.    Fees/Number of Hours of Service**

A.    This MSOW also contains Talent Vouchers which will be numbered consecutively.  The value of those vouchers will not exceed the amount set forth in subsection B below.

B.    Consultant must invoice Walmart on a monthly basis for Services performed and completed under this MSOW at rates set forth in the respective Talent Vouchers.  All Talent Vouchers must be signed by Walmart's designated representative and accompany the applicable invoice.

C.    All undisputed and properly submitted invoices for fees and expenses are payable on the terms set forth in the Agreement. All invoices for fees and expenses are payable 30 days after receipt of invoice.  Total fees under this MSOW must not exceed $60,000.00.  Any fees exceeding $60,000.00 must be pre-approved in writing by Walmart in the form of a Project Change Request.

D.    Travel and expense costs for this MSOW will not exceed the amount set forth in the Travel Voucher. Any out-of-pocket expenses must be pre-approved in writing by Walmart and incurred in accordance with Walmart's Travel and Expense Policy, attached as Exhibit A to the Agreement.

E.    In the event the Agreement or this MSOW is terminated for any reason, Walmart shall have no obligation to pay for invoice amounts, or portions thereof, relating to services rendered subsequent to the date of termination.

**IX.    Counterparts**

This MSOW may be executed in counterparts or duplicate originals.  Facsimile, electronic and digital copies of the MSOW, including properly executed PDF versions of the MSOW, are regarded as an original instrument by the Parties.

Agreed:

| SCOUT TALENT MANAGEMENT LLC | WAL-MART STORES, INC. |
|---|---|
| (Consultant) | (Walmart) |
| By: *Jada Ogden* | By: *Mark Danzig* |
| Name: Jada Ogden | Name: Mark Danzig |
| Title: Agency Director | Title: Vice President, Creative |
| Date: 9/6/2016 \| 11:13:10 PDT | Date: 9/1/2016 \| 12:10:59 PDT |



## Certificate Of Completion

Envelope Id: 64D840DA52CD494CBFAF24CE117CBB3B

Subject: Scout Talent Management LLC – Consulting Agreement – 14805 for signature

Source Envelope:

Document Pages: 12

Certificate Pages: 5

AutoNav: Enabled

EnvelopeId Stamping: Enabled

Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Signatures: 4

Initials: 0

Envelope Originator:

Renee Dupras

Walmart GSS NA, PO Box 8060

Global eCommerce PO and Walmart Labs PO - 472

Bentonville, AR  72712-8060

rdupras@walmart.com

IP Address: 216.207.42.133

## Record Tracking

Status: Original
    9/1/2016 11:36:00 AM

Holder: Renee Dupras
    rdupras@walmart.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Mark Danzig<br>mdanzig@walmart.com<br>Vice President, Creative<br>Security Level: Email, Account Authentication<br>(None) | *Mark Danzig*<br>DocuSigned by:<br>88C8F9B0CBB24BA...<br><br>Using IP Address: 216.207.42.134 | Sent: 9/1/2016 11:45:28 AM<br>Viewed: 9/1/2016 12:10:22 PM<br>Signed: 9/1/2016 12:10:59 PM |
| Electronic Record and Signature Disclosure:<br>    Accepted: 11/30/2014 10:01:36 PM<br>    ID: 7798002f-d4b4-426d-8e51-b52333ca7c24 | | |
| Jada Ogden<br>jada@scouttm.com<br>Agency Director<br>Security Level: Email, Account Authentication<br>(None) | *Jada Ogden*<br>DocuSigned by:<br>A03D2F2CFD2F46B...<br><br>Using IP Address: 99.8.187.88 | Sent: 9/1/2016 12:11:00 PM<br>Viewed: 9/6/2016 11:11:10 AM<br>Signed: 9/6/2016 11:13:10 AM |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Anne Tamrazi<br>atamrazi@walmart.com<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 9/6/2016 11:13:13 AM |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | | |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Jennifer Pfeiffer<br>JPfeiffer@walmart.com<br>Administrative Assistant<br>Walmart.com<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | **COPIED** | Sent: 9/6/2016 11:13:13 AM |
| Peno Goble<br>pgoble@walmart.com<br>DocuSign Ink<br>Security Level: Email, Account Authentication (None)<br>Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign<br>    ID: | **COPIED** | Sent: 9/6/2016 11:13:13 AM<br>Viewed: 9/27/2016 9:52:46 AM |

| Notary Events | Timestamp |
|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 9/6/2016 11:13:13 AM |
| Certified Delivered | Security Checked | 9/6/2016 11:13:13 AM |
| Signing Complete | Security Checked | 9/6/2016 11:13:13 AM |
| Completed | Security Checked | 9/6/2016 11:13:13 AM |

**Electronic Record and Signature Disclosure**

**CONSUMER DISCLOSURE**

From time to time, [[CompanyName]] (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact [[CompanyName]]:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: aanderson@walmart.com

**To advise [[CompanyName]] of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at aanderson@walmart.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from [[CompanyName]]**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to aanderson@walmart.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with [[CompanyName]]**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

> ii. send us an e-mail to aanderson@walmart.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | • Allow per session cookies<br>• Users accessing the internet behind a Proxy Server must enable HTTP |

| | 1.1 settings via proxy connection |
|---|---|

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and
- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and
- Until or unless I notify [[CompanyName]] as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  [[CompanyName]] during the course of my relationship with you.

**EXHIBIT C**

# MASTER STATEMENT OF WORK NO. 14805

WAL-MART STORES, INC. ("Walmart") and Scout Talent Management LLC. ("Consultant") enter into this Master Statement of Work ("MSOW") on May 23, 2016 ("MSOW Effective Date"). This MSOW is governed by the Consulting Agreement dated May 23, 2016 (the "Agreement") between Walmart and Consultant. The terms of the Agreement are incorporated here by this reference. If there are any inconsistencies between the Agreement and this MSOW, the Agreement shall take precedence except to the extent the MSOW expressly references conflicting sections of the Agreement and expresses intent to override the conflicting Agreement sections with respect to the MSOW Unless otherwise defined in this MSOW, terms set forth in initial uppercase letters have the meaning established in the Agreement.

Consultant agrees to complete the following project in accordance with the Agreement and the following terms:

## I.    Project Overview

Agency will provide consultants to Walmart's Item and Marketing production staff to support the creation of imagery for the Walmart.com website. Services will be on an as-needed, intermittent or project basis.

## II.    Term of MSOW

This MSOW commences on the MSOW Effective Date and terminates on May 22, 2017.

## III.    Scope of Work

Consultant will provide the following services to Walmart during the term of this MSOW "Services"):

- Provide models or other creative resources to support Walmart's production staff in executing and fulfilling photography projects according to Walmart's direction and business needs.

## IV.    Responsibilities

The Parties' responsibilities under this MSOW are as follows:

A.    Consultant:  Provide support for imagery creation as needed upon receipt of a request in the form set out in **Attachment A – Talent Voucher** ("Talent Vouchers").

- To work with Walmart to provide models for photo and/or video shoots.
- To coordinate details & communicate information to models to adequately prepare them for castings and/or shoots.
- To bill and collect payment on models' behalf.

B.    Walmart:
- Notify Consultant of intention to use, dates needed, and coordinate assignment,
- Prepare Talent Voucher for model signature and provide to Consultant at completion of project,
- Provide additional information, direction, instructions and timelines to assist and guide the execution of above.

## V.    Specifications

The Services provided under this MSOW must meet the following requirements and specifications:

As determined by Walmart based on the specifics of the project to be worked.

## VI.  Service Level Standards

The service level standards applicable to this MSOW are as set forth in the Agreement and as determined by Walmart in its sole discretion.

## VII.  Acceptance Testing Criteria

Walmart may accept or reject Deliverables under this MSOW in its sole discretion.

## VIII.  Fees/Number of Hours of Service

A.  This MSOW also contains Talent Vouchers which will be numbered consecutively.  The value of those vouchers will not exceed the amount set forth in subsection B below.

B.  Consultant must invoice Walmart on a monthly basis for Services performed and completed under this MSOW at rates set forth in the respective Talent Vouchers.  All Talent Vouchers must be signed by Walmart's designated representative and accompany the applicable invoice.

C.  All undisputed and properly submitted invoices for fees and expenses are payable on the terms set forth in the Agreement. All invoices for fees and expenses are payable 30 days after receipt of invoice.  Total fees under this MSOW must not exceed $60,000.00.  Any fees exceeding $60,000.00 must be pre-approved in writing by Walmart in the form of a Project Change Request.

D.  Travel and expense costs for this MSOW will not exceed the amount set forth in the Travel Voucher. Any out-of-pocket expenses must be pre-approved in writing by Walmart and incurred in accordance with Walmart's Travel and Expense Policy, attached as Exhibit A to the Agreement.

E.  In the event the Agreement or this MSOW is terminated for any reason, Walmart shall have no obligation to pay for invoice amounts, or portions thereof, relating to services rendered subsequent to the date of termination.

## IX.  Counterparts

This MSOW may be executed in counterparts or duplicate originals.  Facsimile, electronic and digital copies of the MSOW, including properly executed PDF versions of the MSOW, are regarded as an original instrument by the Parties.

Agreed:

| SCOUT TALENT MANAGEMENT LLC | WAL-MART STORES, INC. |
|---|---|
| (Consultant) | (Walmart) |
| By: *Jada Ogden* | By: *Mark Danzig* |
| Name: Jada Ogden | Name: Mark Danzig |
| Title: Agency Director | Title: Vice President, Creative |
| Date: 9/6/2016 \| 11:13:10 PDT | Date: 9/1/2016 \| 12:10:59 PDT |



**EXHIBIT D**

DocuSign Envelope ID: AC4F97B1-C548-44A1-BA32-EC9DFB1BE1E9

<u>**STATEMENT OF WORK NO. 15945**</u>

WAL-MART.COM USA, LLC. ("Walmart") and Scout Talent Management LLC ("Consultant") enter into this Statement of Work ("SOW") on February 1, 2017 ("SOW Effective Date").  This SOW is governed by the Consulting Agreement dated May 23, 2016 (the "Agreement") between Walmart and Consultant.  Unless otherwise defined in this SOW, terms set forth in initial uppercase letters have the meaning established in the Agreement.  Consultant agrees to complete the following project in accordance with the Agreement and the following terms:

I.      <u>**Project Overview**</u>

Consultant will provide Walmart with Item and Marketing Production staff to support the creation of imagery for the Walmart.com website. Services will be on intermittent basis or project basis.

II.     <u>**Term of SOW**</u>

This SOW commences on the SOW Effective Date and terminates on January 31, 2018.

III.    <u>**Scope of Work**</u>

Consultant will provide following services to Walmart.com during the term of this SOW ("Services"):

a.  Provide consultants to support Walmart's production staff in executing and fulfilling photography projects according to Walmart's direction and business needs.

IV.     <u>**Responsibilities**</u>

The Parties' responsibilities under this SOW are as follows:

A.      Consultant: Provide support for imagery creation as needed.

B.      Walmart: Provide information, direction, instructions and timelines to assist guide of execution of above.

V.      <u>**Milestones/Target Dates**</u>

The work performed under this SOW must be completed on or before the milestones described in the table below.

| No. | Activity Description | Primary Responsibility | Competition Date |
|---|---|---|---|
|  | Item and Marketing Photography | Consulting, Onsite | January 31, 2018 |

### VI.     <u>Resources</u>

| No. of Resources | Position Description | Location | Start Date | End Date |
|---|---|---|---|---|
| 1 | Photographers/ Stylist/ Asst Stylist/ Production Assts | 850 Dubuque | February 1, 2017 | January 31, 2018 |

### VII.     <u>Acceptance Testing Criteria</u>

Walmart may accept or reject Deliverables under this SOW in its sole discretion.

### VIII.     <u>Fees/Number of Hours of Service</u>

A.  Consultant must invoice Walmart on a monthly basis for Services performed and completed under this SOW at a rate starting at $250.00 - $1,500.00 plus twenty percent (20%) agency fees per day. All undisputed and properly submitted invoices for fees and expenses are payable on the terms set forth in the Agreement. All invoices for fees and expenses are payable 45 days after receipt of invoice. Total fees under this SOW must not exceed **$300,000.00**. Any fees exceeding **$300,000.00** must be pre-approved in writing by Walmart in the form of a Project Change Request.

B.  Any out-of-pocket expenses must be pre-approved in writing by Walmart and incurred in accordance with Walmart's Travel and Expense Policy, attached as per Exhibit C of the Agreement.

C.  In the event the Agreement or this SOW is terminated for any reason, Walmart shall have no obligation to pay for invoice amounts, or portions thereof, relating to services rendered subsequent to the date of termination.

### IX.     <u>Counterparts</u>

This SOW may be executed in counterparts or duplicate originals.  Facsimile, electronic and digital copies of the SOW, including properly executed PDF versions of the SOW, are regarded as an original instrument by the Parties.

Agreed:

Scout Talent Management LLC
(Consultant)

By _____ Ryan Lippert _____
        5B184556DC4B4E2...

Name _____ Ryan Lippert _____

Title _____ Director _____

Date _____ 11/22/2016 | 11:54:44 PST _____

WAL-MART.COM USA, LLC.
(Walmart)

By _____ Mark Danzig _____
        88C8F9B0CBB24BA...

Name _____ Mark Danzig _____

Title _____ Vice President, Creative _____

Date _____ 11/21/2016 | 20:29:03 PST _____



**EXHIBIT E**

# TALENT VOUCHER

EXHIBIT
0012

## WAL-MART.COM USA, LLC

| | |
|---|---|
| CLIENT: | Walmart GSS NA |
| | P.O. Box 8060 |
| | Bentonville, AR 72712-8060 |
| CONTACT NAME: | Tracy Gin |
| JOB DATE: | July 21, 2016 |
| PROJECT: | Jr's On Figure Item |
| PUBLICATION DATE: | N/A |
| | Bijon Hill / Scout / $1800 / Jr's OF Model / 7.21 / Wk 25 |

## MODEL OR MODEL'S LEGAL GAURDIAN

| | |
|---|---|
| MODEL NAME: | Bijon Hill |
| AGENCY NAME: | Scout Model & Talent Agency |
| BOOKER: | Jada Ogden |
| ADDRESS: | 12 Geary Street, 5th Floor |
| CITY: | San Francisco |
| STATE/ZIP: | CA, 94108 |
| PHONE: | 415.894.0017 |
| | 408.354.7007 |
| EMAIL: | |

| | TIME IN | TIME OUT | TOTAL HRS | RATE $ | TOTAL $ |
|---|---|---|---|---|---|
| 7.21 | 8:30 | 4:30 | 8.0 | $187.50 | $1500 |
| FITTING | | | | | |
| OVERTIME | | | | | |
| LUNCH/BREAKS | | | | | |

| | |
|---|---|
| SUBTOTAL | $ 1500 |
| AGENCY FEE | $ 300 |
| TOTAL FEE | $ 1800 |

In consideration of receipt of my modeling fee (inclusive of agency fee) as well as any additional residual fees due which were negotiated with my agent, I hereby sell, assign and grant to Wal-Mart.com USA, LLC ("Walmart") and its applicable advertising agency, if any, the right and permission to copyright and/or use and/or publish photographs or likeness of me in which I may be included in whole or in part of composite or reproductions thereof, in color or otherwise, still or moving, without restriction as to changes or alterations from time to time, for commercial or print advertising purposes only through any media, trade, or any other similar lawful purpose, except television, billboards, point-of-purchase displays, phone arcades, bus shelters, poster, subway, bus displays, national ads or other high exposure usages, which shall be subject to another written agreement between Walmart and me, for a period terminating _____ months from date of first publication of the photographs.

Accordingly: I release and discharge the company and persons named above and persons acting for or on behalf of them for any liability by virtue of any blurring, distortion, alteration, optical illusion, or use in composite form that may occur or be produced in the taking of aid picture or in any processing thereof through completion of the finished product.

I agree to submit this Voucher at the end of each day modeling services are rendered, but in any event no later than seven (7) days after any date by which my modeling services are rendered, and that any changes to the rate described above must be pre-approved in writing by Walmart. All payments are due in thirty days from date of invoice submission Model will receive payment based on payment from Walmart, unless otherwise negotiated by agency

## WAL-MART.COM USA, LLC

| | |
|---|---|
| SIGNATURE: | |
| PRINT NAME: | Tracy Gin |
| TITLE: | Photography Producer |
| DATE: | July 21, 2016 |

## MODEL OR MODEL'S LEGAL GAURDIAN

| | |
|---|---|
| SIGNATURE: | |
| PRINT NAME: | Bijon Hill |
| RELATIONSHSIP TO MODEL: | |
| DATE: | July 21, 2016 |

*All voucher(s) submitted by Model are subject review by a representative of Walmart.*

# TALENT VOUCHER

## WAL-MART.COM USA, LLC

| | |
|---|---|
| CLIENT: | Walmart GSS NA |
| | P.O. Box 8060 |
| | Bentonville, AR 72712-8060 |
| CONTACT NAME: | Tracy Gin |
| JOB DATE: | Aug 25, 2016 |
| PROJECT: | Jr's On Figure Item |
| PUBLICATION DATE: | N/A |
| | Bijon Hill / Scout / $3600 / Jr's OF Model / 8.24-25 / Wk 30 |

## MODEL OR MODEL'S LEGAL GAURDIAN

| | |
|---|---|
| MODEL NAME: | Bijon Hill |
| AGENCY NAME: | Scout Model & Talent Agency |
| BOOKER: | Jada Ogden |
| ADDRESS: | 12 Geary Street, 5th Floor |
| CITY: | San Francisco |
| STATE/ZIP: | CA, 94108 |
| PHONE: | 415.894.0017 |
| | 408.354.7007 |
| EMAIL: | |

| | TIME IN | TIME OUT | TOTAL HRS | RATE $ | TOTAL $ |
|---|---|---|---|---|---|
| 8.24 Intimates | 8:30 | 9:00 | 0.5 | $281.25 | $140.62 |
| 8.24 | 9:30 | 4:30 | 7.5 | $187.50 | $1406.25 |
| 8.25 | 8:30 | 4:30 | 8.0 | $187.50 | $1500 |
| OVERTIME | | | | | |
| LUNCH/BREAKS | | | | | |

| | |
|---|---|
| **SUBTOTAL** | $ 3046.87 |
| **AGENCY FEE** | $ 609.38 |
| **TOTAL FEE** | $ 3656.25 |

In consideration of receipt of my modeling fee (inclusive of agency fee) as well as any additional residual fees due which were negotiated with my agent, I hereby sell, assign and grant to Wal-Mart.com USA, LLC ("Walmart") and its applicable advertising agency, if any, the right and permission to copyright and/or use and/or publish photographs or likeness of me in which I may be included in whole or in part of composite or reproductions thereof, in color or otherwise, still or moving, without restriction as to changes or alterations from time to time, for commercial or print advertising purposes only through any media, trade, or any other similar lawful purpose, except television, billboards, point-of-purchase displays, phone arcades, bus shelters, poster, subway, bus displays, national ads or other high exposure usages, which shall be subject to another written agreement between Walmart and me, for a period terminating _____ months from date of first publication of the photographs.

Accordingly: I release and discharge the company and persons named above and persons acting for or on behalf of them for any liability by virtue of any blurring, distortion, alteration, optical illusion, or use in composite form that may occur or be produced in the taking of aid picture or in any processing thereof through completion of the finished product.

I agree to submit this Voucher at the end of each day modeling services are rendered, but in any event no later than seven (7) days after any date by which my modeling services are rendered, and that any changes to the rate described above must be pre-approved in writing by Walmart. All payments are due in thirty days from date of invoice submission Model will receive payment based on payment from Walmart, unless otherwise negotiated by agency

## WAL-MART.COM USA, LLC

| | |
|---|---|
| SIGNATURE: | |
| PRINT NAME: | Tracy Gin |
| TITLE: | Photography Producer |
| DATE: | Aug 25, 2016 |

## MODEL OR MODEL'S LEGAL GAURDIAN

| | |
|---|---|
| SIGNATURE: | |
| PRINT NAME: | Bijon Hill |
| RELATIONSHSIP TO MODEL: | |
| DATE: | Aug 25, 2016 |

*All voucher(s) submitted by Model are subject review by a representative of Walmart.*

# TALENT VOUCHER

## WAL-MART.COM USA, LLC

| | |
|---|---|
| CLIENT: | Walmart GSS NA |
| | P.O. Box 8060 |
| | Bentonville, AR 72712-8060 |
| CONTACT NAME: | Tracy Gin |
| JOB DATE: | September 21, 2016 |
| PROJECT: | Jr's On Figure Item |
| PUBLICATION DATE: | N/A |
| | Bijon Hill / Scout / $3600 / Jr's OF Model / 9.20-21 / Wk 34 |

## MODEL OR MODEL'S LEGAL GAURDIAN

| | |
|---|---|
| MODEL NAME: | Bijon Hill |
| AGENCY NAME: | Scout Model & Talent Agency |
| BOOKER: | Jada Ogden |
| ADDRESS: | 355 Bryant St #206 |
| CITY: | San Francisco |
| STATE/ZIP: | CA, 94107 |
| PHONE: | 415.781.7004 |
| | 510.499.5889 |
| EMAIL: | |

| | TIME IN | TIME OUT | TOTAL HRS | RATE $ | TOTAL $ |
|---|---|---|---|---|---|
| 9.20 | 8:30 | 4:30 | 8 | $187.50 | $1500 |
| 9.21 | 8:30 | 4:30 | 8 | $187.50 | $1500 |
| | | | | | |
| OVERTIME | | | | | |
| LUNCH/BREAKS | | | | | |

| | |
|---|---|
| SUBTOTAL | $3000 |
| AGENCY FEE | $600 |
| TOTAL FEE | $3600 |

In consideration of receipt of my modeling fee (inclusive of agency fee) as well as any additional residual fees due which were negotiated with my agent, I hereby sell, assign and grant to Wal-Mart.com USA, LLC ("Walmart") and its applicable advertising agency, if any, the right and permission to copyright and/or use and/or publish photographs or likeness of me in which I may be included in whole or in part of composite or reproductions thereof, in color or otherwise, still or moving, without restriction as to changes or alterations from time to time, for commercial or print advertising purposes only through any media, trade, or any other similar lawful purpose, except television, billboards, point-of-purchase displays, phone arcades, bus shelters, poster, subway, bus displays, national ads or other high exposure usages, which shall be subject to another written agreement between Walmart and me, for a period terminating _____ months from date of first publication of the photographs.

Accordingly: I release and discharge the company and persons named above and persons acting for or on behalf of them for any liability by virtue of any blurring, distortion, alteration, optical illusion, or use in composite form that may occur or be produced in the taking of aid picture or in any processing thereof through completion of the finished product.

I agree to submit this Voucher at the end of each day modeling services are rendered, but in any event no later than seven (7) days after any date by which my modeling services are rendered, and that any changes to the rate described above must be pre-approved in writing by Walmart. All payments are due in thirty days from date of invoice submission Model will receive payment based on payment from Walmart, unless otherwise negotiated by agency

## WAL-MART.COM USA, LLC

| | |
|---|---|
| SIGNATURE: | |
| PRINT NAME: | Tracy Gin |
| TITLE: | Photography Producer |
| DATE: | September 21, 2016 |

## MODEL OR MODEL'S LEGAL GAURDIAN

| | |
|---|---|
| SIGNATURE: | |
| PRINT NAME: | Bijon Hill |
| RELATIONSHSIP TO MODEL: | |
| DATE: | September 21, 2016 |

*All voucher(s) submitted by Model are subject review by a representative of Walmart.*

# TALENT VOUCHER

| **WAL-MART.COM USA, LLC** | | **MODEL OR MODEL'S LEGAL GAURDIAN** | |
|---|---|---|---|
| CLIENT: | Walmart GSS NA | MODEL NAME: | Bijon Hill |
| | P.O. Box 8060 | AGENCY NAME: | Scout Model & Talent Agency |
| | Bentonville, AR 72712-8060 | BOOKER: | Jada Ogden |
| | | ADDRESS: | 12 Geary Street, 5th Floor |
| CONTACT NAME: | Tracy Gin | CITY: | San Francisco |
| JOB DATE: | November 10, 2016 | STATE/ZIP: | CA, 94108 |
| PROJECT: | Jr's On Figure Item | PHONE: | 415.894.0017 |
| PUBLICATION DATE: | N/A | | 408.354.7007 |
| | Bijon Hill / Scout / $1800 / Jr's OF Model / 11.10 / Wk 41 | EMAIL: | |

| | TIME IN | TIME OUT | TOTAL HRS | RATE $ | TOTAL $ |
|---|---|---|---|---|---|
| 11.10 | 8:30 | 4:30 | 8.0 | $187.50 | $1500 |
| | | | | | |
| FITTING | | | | | |
| OVERTIME | | | | | |
| LUNCH/BREAKS | | | | | |

| | |
|---|---|
| **SUBTOTAL** | $ 1500 |
| **AGENCY FEE** | $ 300 |
| **TOTAL FEE** | $ 1800 |

In consideration of receipt of my modeling fee (inclusive of agency fee) as well as any additional residual fees due which were negotiated with my agent, I hereby sell, assign and grant to Wal-Mart.com USA, LLC ("Walmart") and its applicable advertising agency, if any, the right and permission to copyright and/or use and/or publish photographs or likeness of me in which I may be included in whole or in part of composite or reproductions thereof, in color or otherwise, still or moving, without restriction as to changes or alterations from time to time, for commercial or print advertising purposes only through any media, trade, or any other similar lawful purpose, except television, billboards, point-of-purchase displays, phone arcades, bus shelters, poster, subway, bus displays, national ads or other high exposure usages, which shall be subject to another written agreement between Walmart and me, for a period terminating _____ months from date of first publication of the photographs.

Accordingly: I release and discharge the company and persons named above and persons acting for or on behalf of them for any liability by virtue of any blurring, distortion, alteration, optical illusion, or use in composite form that may occur or be produced in the taking of aid picture or in any processing thereof through completion of the finished product.

I agree to submit this Voucher at the end of each day modeling services are rendered, but in any event no later than seven (7) days after any date by which my modeling services are rendered, and that any changes to the rate described above must be pre-approved in writing by Walmart. All payments are due in thirty days from date of invoice submission Model will receive payment based on payment from Walmart, unless otherwise negotiated by agency

| **WAL-MART.COM USA, LLC** | | **MODEL OR MODEL'S LEGAL GAURDIAN** | |
|---|---|---|---|
| SIGNATURE: | | SIGNATURE: | |
| PRINT NAME: | Tracy Gin | PRINT NAME: | Bijon Hill |
| TITLE: | Photography Producer | RELATIONSHSIP TO MODEL: | |
| DATE: | November 10, 2016 | DATE: | November 10, 2016 |

*All voucher(s) submitted by Model are subject review by a representative of Walmart.*

# TALENT VOUCHER

<table>
<tr><td colspan="2"><strong>WAL-MART.COM USA, LLC</strong></td><td colspan="2"><strong>MODEL OR MODEL'S LEGAL GAURDIAN</strong></td></tr>
<tr><td>CLIENT:</td><td>Walmart GSS NA</td><td>MODEL NAME:</td><td>Bijon Hill</td></tr>
<tr><td></td><td>P.O. Box 8060</td><td>AGENCY NAME:</td><td>Scout Model & Talent Agency</td></tr>
<tr><td></td><td>Bentonville, AR 72712-8060</td><td>BOOKER:</td><td>Jada Ogden</td></tr>
<tr><td></td><td></td><td>ADDRESS:</td><td>12 Geary Street, 5th Floor</td></tr>
<tr><td>CONTACT NAME:</td><td>Tracy Gin</td><td>CITY:</td><td>San Francisco</td></tr>
<tr><td>JOB DATE:</td><td>November 21, 2016</td><td>STATE/ZIP:</td><td>CA, 94108</td></tr>
<tr><td>PROJECT:</td><td>Jr's On Figure Item</td><td>PHONE:</td><td>415.894.0017</td></tr>
<tr><td>PUBLICATION DATE:</td><td>N/A</td><td></td><td>408.354.7007</td></tr>
<tr><td></td><td>Bijon Hill / Scout / $1800 / Jr's OF Model / 11.21 / Wk 43</td><td>EMAIL:</td><td></td></tr>
</table>

| | TIME IN | TIME OUT | TOTAL HRS | RATE $ | TOTAL $ |
|---|---|---|---|---|---|
| 11.21 | 8:30 | 4:30 | 8.0 | $187.50 | $1500 |
| | | | | | |
| FITTING | | | | | |
| OVERTIME | | | | | |
| LUNCH/BREAKS | | | | | |

| | |
|---|---|
| **SUBTOTAL** | $ 1500 |
| **AGENCY FEE** | $ 300 |
| **TOTAL FEE** | $ 1800 |

In consideration of receipt of my modeling fee (inclusive of agency fee) as well as any additional residual fees due which were negotiated with my agent, I hereby sell, assign and grant to Wal-Mart.com USA, LLC ("Walmart") and its applicable advertising agency, if any, the right and permission to copyright and/or use and/or publish photographs or likeness of me in which I may be included in whole or in part of composite or reproductions thereof, in color or otherwise, still or moving, without restriction as to changes or alterations from time to time, for commercial or print advertising purposes only through any media, trade, or any other similar lawful purpose, except television, billboards, point-of-purchase displays, phone arcades, bus shelters, poster, subway, bus displays, national ads or other high exposure usages, which shall be subject to another written agreement between Walmart and me, for a period terminating _____ months from date of first publication of the photographs.

Accordingly: I release and discharge the company and persons named above and persons acting for or on behalf of them for any liability by virtue of any blurring, distortion, alteration, optical illusion, or use in composite form that may occur or be produced in the taking of aid picture or in any processing thereof through completion of the finished product.

I agree to submit this Voucher at the end of each day modeling services are rendered, but in any event no later than seven (7) days after any date by which my modeling services are rendered, and that any changes to the rate described above must be pre-approved in writing by Walmart. All payments are due in thirty days from date of invoice submission Model will receive payment based on payment from Walmart, unless otherwise negotiated by agency

| **WAL-MART.COM USA, LLC** | **MODEL OR MODEL'S LEGAL GAURDIAN** |
|---|---|
| SIGNATURE: | SIGNATURE: |
| PRINT NAME: Tracy Gin | PRINT NAME: Bijon Hill |
| TITLE: Photography Producer | RELATIONSHIP TO MODEL: |
| DATE: November 21, 2016 | DATE: November 21, 2016 |

*All voucher(s) submitted by Model are subject review by a representative of Walmart.*

# TALENT VOUCHER

| **WAL-MART.COM USA, LLC** | | **MODEL OR MODEL'S LEGAL GAURDIAN** | |
|---|---|---|---|
| CLIENT: | Walmart GSS NA | MODEL NAME: | Bijon Hill |
| | P.O. Box 8060 | AGENCY NAME: | Scout Model & Talent Agency |
| | Bentonville, AR 72712-8060 | BOOKER: | Jada Ogden |
| | | ADDRESS: | 12 Geary Street, 5th Floor |
| CONTACT NAME: | Tracy Gin | CITY: | San Francisco |
| JOB DATE: | January 6, 2017 | STATE/ZIP: | CA, 94108 |
| PROJECT: | Jr's On Figure Item | PHONE: | 415.894.0017 |
| PUBLICATION DATE: | N/A | | 408.354.7007 |
| | Bijon Hill / Scout / $3600 / Jr's OF Model / 1.5-6 / Wk 49 | EMAIL: | |

| | TIME IN | TIME OUT | TOTAL HRS | RATE $ | TOTAL $ |
|---|---|---|---|---|---|
| 1.5 | 8:30 | 4:30 | 8.0 | $187.50 | $1500 |
| 1.6 | 8:30 | 4:30 | 8.0 | $187.50 | $1500 |
| FITTING | | | | | |
| OVERTIME | | | | | |
| LUNCH/BREAKS | | | | | |

| | |
|---|---|
| **SUBTOTAL** | $ 3000 |
| **AGENCY FEE** | $ 600 |
| **TOTAL FEE** | $ 3600 |

In consideration of receipt of my modeling fee (inclusive of agency fee) as well as any additional residual fees due which were negotiated with my agent, I hereby sell, assign and grant to Wal-Mart.com USA, LLC ("Walmart") and its applicable advertising agency, if any, the right and permission to copyright and/or use and/or publish photographs or likeness of me in which I may be included in whole or in part of composite or reproductions thereof, in color or otherwise, still or moving, without restriction as to changes or alterations from time to time, for commercial or print advertising purposes only through any media, trade, or any other similar lawful purpose, except television, billboards, point-of-purchase displays, phone arcades, bus shelters, poster, subway, bus displays, national ads or other high exposure usages, which shall be subject to another written agreement between Walmart and me, for a period terminating _____ months from date of first publication of the photographs.

Accordingly: I release and discharge the company and persons named above and persons acting for or on behalf of them for any liability by virtue of any blurring, distortion, alteration, optical illusion, or use in composite form that may occur or be produced in the taking of aid picture or in any processing thereof through completion of the finished product.

I agree to submit this Voucher at the end of each day modeling services are rendered, but in any event no later than seven (7) days after any date by which my modeling services are rendered, and that any changes to the rate described above must be pre-approved in writing by Walmart. All payments are due in thirty days from date of invoice submission Model will receive payment based on payment from Walmart, unless otherwise negotiated by agency

| **WAL-MART.COM USA, LLC** | | **MODEL OR MODEL'S LEGAL GAURDIAN** | |
|---|---|---|---|
| SIGNATURE: | | SIGNATURE: | |
| PRINT NAME: | Tracy Gin | PRINT NAME: | Bijon Hill |
| TITLE: | Photography Producer | RELATIONSHSIP TO MODEL: | |
| DATE: | January 6, 2017 | DATE: | January 6, 2017 |

*All voucher(s) submitted by Model are subject review by a representative of Walmart.*

# TALENT VOUCHER

**WAL-MART.COM USA, LLC**

CLIENT: Walmart GSS NA

P.O. Box 8060

Bentonville, AR 72712-8060

CONTACT NAME: Leslie Patson

JOB DATE: February 8 - 9, 2017

PROJECT: Women's On figure Item Imagery

PUBLICATION DATE: NA

P.O.#: Bijon Hill / Scout / $3600 / 2.8 & 2.9 / Wk 2 / Notes: 2 days

**MODEL OR MODEL'S LEGAL GAURDIAN**

MODEL NAME: Bijon Hill

AGENCY NAME: Scout Model & Talent Agency

BOOKER: Jada Ogden

ADDRESS: 12 Geary Street, 5th Floor

CITY: San Francisco

STATE/ZIP: CA, 94108

PHONE: 415.894.0017

FAX: 408.354.7007

EMAIL:

| | TIME IN | TIME OUT | TOTAL HRS | RATE $ | TOTAL $ |
|---|---|---|---|---|---|
| 2-8 | 8:30am | 4:30pm | 8 hrs | 187.50 | $ 1500 |
| 2-9 | 8:30am | 4:30pm | 8 hrs | 187.50 | $ 1500 |
| FITTING | | | | | |
| OVERTIME | | | | | |
| LUNCH/BREAKS | | | | | |

| | |
|---|---|
| **SUBTOTAL** | $ 3000 |
| **AGENCY FEE** | $ 600 |
| **TOTAL FEE** | $ 3600 |

In consideration of receipt of my modeling fee (inclusive of agency fee) as well as any additional residual fees due which were negotiated with my agent, I hereby sell, assign and grant to Wal-Mart.com USA, LLC ("Walmart") and its applicable advertising agency, if any, the right and permission to copyright and/or use and/or publish photographs or likeness of me in which I may be included in whole or in part of composite or reproductions thereof, in color or otherwise, still or moving, without restriction as to changes or alterations from time to time, for commercial or print advertising purposes only through any media, trade, or any other similar lawful purpose, except television, billboards, point-of-purchase displays, phone arcades, bus shelters, poster, subway, bus displays, national ads or other high exposure usages, which shall be subject to another written agreement between Walmart and me, for a period terminating _____ months from date of first publication of the photographs.

Accordingly: I release and discharge the company and persons named above and persons acting for or on behalf of them for any liability by virtue of any blurring, distortion, alteration, optical illusion, or use in composite form that may occur or be produced in the taking of aid picture or in any processing thereof through completion of the finished product.

I agree to submit this Voucher at the end of each day modeling services are rendered, but in any event no later than seven (7) days after any date by which my modeling services are rendered, and that any changes to the rate described above must be pre-approved in writing by Walmart. All payments are due in thirty days from date of invoice submission Model will receive payment based on payment from Walmart, unless otherwise negotiated by agency

**WAL-MART.COM USA, LLC**

SIGNATURE:

PRINT NAME: Leslie Patson

TITLE: Photography Producer

DATE: February 9, 2017

**MODEL OR MODEL'S LEGAL GAURDIAN**

SIGNATURE:

PRINT NAME: Bijon Hill

RELATIONSHIP TO MODEL: self

DATE: February 9, 2017

*All voucher(s) submitted by Model are subject review by a representative of Walmart.*

# TALENT VOUCHER

| WAL-MART.COM USA, LLC | | MODEL OR MODEL'S LEGAL GAURDIAN | |
|---|---|---|---|
| CLIENT: | Walmart GSS NA | MODEL NAME: | Bijon Hill |
| | P.O. Box 8060 | AGENCY NAME: | Scout Model & Talent Agency |
| | Bentonville, AR 72712-8060 | BOOKER: | Jada Ogden |
| | | ADDRESS: | 12 Geary Street, 5th Floor |
| CONTACT NAME: | Kristen Cho | CITY: | San Francisco |
| JOB DATE: | | STATE/ZIP: | CA, 94108 |
| PROJECT: | Juniors On Figure Item Imagery | PHONE: | 415.894.0017 |
| PUBLICATION DATE: | NA | FAX: | 408.354.7007 |
| P.O.#: | Bijon Hill / Scout / $1800 / Juniors Model / 4.21 / Wk 12 | EMAIL: | |

| | TIME IN | TIME OUT | TOTAL HRS | RATE $ | TOTAL $ |
|---|---|---|---|---|---|
| SHOOT | 8:30 | 4:30 pm | 8 hrs | $ 187.50 | $ 1500 |
| OT | | | | | |
| FITTING | | | | | |
| OVERTIME | | | | | |
| LUNCH/BREAKS | | | | | |

| | |
|---|---|
| SUBTOTAL | $ 1500 |
| AGENCY FEE | $ 300 |
| TOTAL FEE | $ 1800 |

In consideration of receipt of my modeling fee (inclusive of agency fee) as well as any additional residual fees due which were negotiated with my agent, I hereby sell, assign and grant to Wal-Mart.com USA, LLC ("Walmart") and its applicable advertising agency, if any, the right and permission to copyright and/or use and/or publish photographs or likeness of me in which I may be included in whole or in part of composite or reproductions thereof, in color or otherwise, still or moving, without restriction as to changes or alterations from time to time, for commercial or print advertising purposes only through any media, trade, or any other similar lawful purpose, except television, billboards, point-of-purchase displays, phone arcades, bus shelters, poster, subway, bus displays, national ads or other high exposure usages, which shall be subject to another written agreement between Walmart and me, for a period terminating _____12__ months from date of first publication of the photographs.

Accordingly: I release and discharge the company and persons named above and persons acting for or on behalf of them for any liability by virtue of any blurring, distortion, alteration, optical illusion, or use in composite form that may occur or be produced in the taking of aid picture or in any processing thereof through completion of the finished product.

I agree to submit this Voucher at the end of each day modeling services are rendered, but in any event no later than seven (7) days after any date by which my modeling services are rendered, and that any changes to the rate described above must be pre-approved in writing by Walmart. All payments are due in thirty days from date of invoice submission Model will receive payment based on payment from Walmart, unless otherwise negotiated by agency

| WAL-MART.COM USA, LLC | | MODEL OR MODEL'S LEGAL GAURDIAN | |
|---|---|---|---|
| SIGNATURE: | *signature* | SIGNATURE: | *signature* |
| PRINT NAME: | Kristen Cho | PRINT NAME: | BIJON HILL |
| TITLE: | Photography Producer | RELATIONSHIP TO MODEL: | Self |
| DATE: | April 21, 2017 | DATE: | April 21, 2017 |

*All voucher(s) submitted by Model are subject review by a representative of Walmart.*

# TALENT VOUCHER

| WAL-MART.COM USA, LLC | | MODEL OR MODEL'S LEGAL GAURDIAN | |
|---|---|---|---|
| CLIENT: | Walmart GSS NA | MODEL NAME: | Bijon Hill |
| | P.O. Box 8060 | AGENCY NAME: | Scout Model & Talent Agency |
| | Bentonville, AR 72712-8060 | BOOKER: | Jada Ogden |
| | | ADDRESS: | 12 Geary Street, 5th Floor |
| CONTACT NAME: | Kristen Cho | CITY: | San Francisco |
| JOB DATE: | May 23, 2017 | STATE/ZIP: | CA, 94108 |
| PROJECT: | Women's On-figure Item Imagery | PHONE: | 415.894.0017 |
| PUBLICATION DATE: | NA | FAX: | 408.354.7007 |
| P.O.#: | Bijon Hill / Scout / $3600 / Women's Model / 5.22-23 / Wk 17 | EMAIL: | |

| | TIME IN | TIME OUT | TOTAL HRS | RATE $ | TOTAL $ |
|---|---|---|---|---|---|
| 5.22 | 9:00 am | 5:00 pm | 8 hrs | $ 187.50 | $ 1500 |
| 5.23 | 8:30 am | 4:30 pm | 8 hrs | $ 187.50 | $ 1500 |
| FITTING | | | | | |
| OVERTIME | | | | | |
| LUNCH/BREAKS | | | | | |

| | |
|---|---|
| SUBTOTAL | $ 3000 |
| AGENCY FEE | $ 600 |
| TOTAL FEE | $ 3600 |

In consideration of receipt of my modeling fee (inclusive of agency fee) as well as any additional residual fees due which were negotiated with my agent, I hereby sell, assign and grant to Wal-Mart.com USA, LLC ("Walmart") and its applicable advertising agency, if any, the right and permission to copyright and/or use and/or publish photographs or likeness of me in which I may be included in whole or in part of composite or reproductions thereof, in color or otherwise, still or moving, without restriction as to changes or alterations from time to time, for commercial or print advertising purposes only through any media, trade, or any other similar lawful purpose, except television, billboards, point-of-purchase displays, phone arcades, bus shelters, poster, subway, bus displays, national ads or other high exposure usages, which shall be subject to another written agreement between Walmart and me, for a period terminating 12 months from date of first publication of the photographs.

Accordingly: I release and discharge the company and persons named above and persons acting for or on behalf of them for any liability by virtue of any blurring, distortion, alteration, optical illusion, or use in composite form that may occur or be produced in the taking of aid picture or in any processing thereof through completion of the finished product.

I agree to submit this Voucher at the end of each day modeling services are rendered, but in any event no later than seven (7) days after any date by which my modeling services are rendered, and that any changes to the rate described above must be pre-approved in writing by Walmart. All payments are due in thirty days from date of invoice submission Model will receive payment based on payment from Walmart, unless otherwise negotiated by agency

| WAL-MART.COM USA, LLC | | MODEL OR MODEL'S LEGAL GAURDIAN | |
|---|---|---|---|
| SIGNATURE: | | SIGNATURE: | |
| PRINT NAME: | Kristen Cho | PRINT NAME: | Bijon Hill |
| TITLE: | Photography Producer | RELATIONSHSIP TO MODEL: | Self |
| DATE: | May 23, 2017 | DATE: | May 23, 2017 |

*All voucher(s) submitted by Model are subject review by a representative of Walmart.*

# TALENT VOUCHER  No. ___
## for MSOW

| **WAL-MART.COM USA, LLC** | | **MODEL OR MODEL'S LEGAL GAURDIAN** | |
|---|---|---|---|
| CLIENT: | Walmart GSS NA | MODEL NAME: | Bijon Hill |
| | P:O. Box 8060 | AGENCY NAME: | Scout Model & Talent Agency |
| | Bentonville, AR 72712-8060 | BOOKER: | Jada Ogden |
| | | ADDRESS: | 12 Geary Street, 5th Floor |
| CONTACT NAME: | Tracy Gin | CITY: | San Francisco |
| JOB DATE: | 8.24.17 | STATE/ZIP: | CA, 94108 |
| PROJECT: | Women's OF Item Imagery | PHONE: | 415.894.0017 |
| PUBLICATION DATE: | N/A | FAX: | |
| P.O.#: | Bijon Hill / Scout / $1800 / Women's Model / 8.24 / Wk 30 | EMAIL: | |

| | TIME IN | TIME OUT | TOTAL HRS | RATE $ | TOTAL $ |
|---|---|---|---|---|---|
| 8.24 | 8:30am | 4:30pm | 8 | $187.50 | $1500 |
| TRAVEL | | | | | |
| FITTING | | | | | |
| OVERTIME | | | | | |
| LUNCH/BREAKS | | | | | |

| | |
|---|---|
| **SUBTOTAL** | $1500 |
| **AGENCY FEE** | $300 |
| **TOTAL FEE** | $1800 |

In consideration of receipt of my modeling fee (inclusive of agency fee) as well as any additional residual fees due which were negotiated with my agent, I hereby grant to Wal-Mart.com USA, LLC ("Walmart") and its applicable advertising agency, if any, an exclusive worldwide, royalty-free, irrevocable, perpetual and transferable license to publish, transmit, transfer, reproduce, distribute, display, prepare derivative works of, and otherwise use any photographs or likeness of me in which I may be included in whole or in part of composite or reproductions thereof, in color or otherwise, still or moving, without restriction as to changes or alterations from time to time, for commercial or print advertising purposes only through any media, trade, or any other similar lawful purpose, which may include the publishing or display on Walmart websites, third party social media platforms (including without limitation Facebook, Instagram, Pinterest, Twitter, and Snapchat), in videos, internet postings, or email whether through Walmart's own services or third party services, except television, billboards, point-of-purchase displays, phone arcades, bus shelters, poster, subway, bus displays, or national ads or other high exposure usages not specifically mentioned previously , which shall be subject to another written agreement between Walmart and me, for a period commencing on the date of first publication of the photographs and terminating on _____. Accordingly: I release and discharge the company and persons named above and persons acting for or on behalf of them for any liability by virtue of any blurring, distortion, alteration, optical illusion, or use in composite form that may occur or be produced in the taking of aid picture or in any processing thereof through completion of the finished product.

I agree to submit this Voucher at the end of each day modeling services are rendered, but in any event no later than seven (7) days after any date by which my modeling services are rendered, and that any changes to the rate described above must be pre-approved in writing by Walmart.  All payments are due in thirty days from date of invoice submission. Model will receive payment based on payment from Walmart, unless otherwise negotiated by agency

| **WAL-MART.COM USA, LLC** | | **MODEL OR MODEL'S LEGAL GAURDIAN** | |
|---|---|---|---|
| SIGNATURE: | | SIGNATURE: | |
| PRINT NAME: | Tracy Gin | PRINT NAME: | Bijon Hill |
| TITLE: | Photography Producer | RELATIONSHSIP TO MODEL: | self |
| DATE: | 8.24.17 | DATE: | 8.24.17 |

*All voucher(s) submitted by Model are subject review by a representative of Walmart*

## PROOF OF SERVICE

I, Mary Garner, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On November 13, 2020, I served a copy of the within document(s):

**DECLARATION OF ANNE TAMRAZI IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

☒ ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☒ by e-mail or electronic transmission. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed below. My e-mail address is mgarner@fordharrison.com. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Joseph H. Low IV | Attorneys for Plaintiff |
| The Law Firm of Joseph H. Low IV | |
| 100 Oceangate, 12th Floor | |
| Long Beach, CA 90802 | |
| Telephone: (562) 901-0840 | |
| Facsimile: (562) 901-0841 | |
| joseph@jhllaw.com | |
| megant@jhllaw.com | |

| | |
|---|---|
| Roger Y. Muse | Attorneys for Plaintiff |
| John R. Matheny | |
| Alyssa Schabloski | |
| Excelsior Law | |
| 9595 Wilshire Boulevard, Suite 900 | |
| Beverly Hills, CA 90212 | |
| Telephone: (310) 205-3981 | |
| Facsimile: (310) 205-0594 | |
| roger@excelsior-law.com | |
| john@excelsior-law.com | |
| alyssa@excelsior-law.com | |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 13, 2020, at Los Angeles, California.

*Mary Garner*

_____
Mary Garner

WSACTIVELLP:11878904.1

DECLARATION OF ANNE TAMRAZI IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
4:19-CV-05436-JST