UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJON HILL, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation; and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 4:19-cv-05436-JST<br><br>[Assigned to the Hon. Jon S. Tigar]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WALMART INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 13, 2021<br>Time: 2:00 p.m.<br>Dept: 6<br><br>Action Filed: July 19, 2019<br>Date of Removal: August 29, 2019 |

FORD & HARRISON LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT
WALMART INC.'S MOTION FOR SUMMARY JUDGMENT
4:19-CV-05436-JST

# **PROPOSED ORDER**

This matter came before the Court on January 13, 2020 at 2:00 p.m. in Courtroom 6 of the above-referenced Court on Defendant Walmart Inc.'s ("Walmart") Motion for Summary Judgment.

Based on the pleadings and evidence submitted and the oral argument from counsel (if any), the Court ORDERS as follows:

1. Walmart's Motion for Summary Judgment is GRANTED.
2. Judgment is entered in Walmart's favor. Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 56.

IT IS SO ORDERED.

DATED: _____     _____
　　　　　　　　　　　　　　　　　Hon. Judge Jon S. Tigar
　　　　　　　　　　　　　　　　　United States District Judge

Ford & Harrison LLP
Attorneys At Law
San Francisco

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANT
WALMART INC.'S MOTION FOR SUMMARY JUDGMENT
4:19-CV-05436-JST

**PROOF OF SERVICE**

I, Mary Garner, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On November 13, 2020, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT WALMART INC.'S MOTION FOR SUMMARY JUDGMENT**

☒ ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☒ by e-mail or electronic transmission. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed below. My e-mail address is mgarner@fordharrison.com. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Joseph H. Low IV<br>The Law Firm of Joseph H. Low IV<br>100 Oceangate, 12th Floor<br>Long Beach, CA 90802<br>Telephone: (562) 901-0840<br>Facsimile: (562) 901-0841<br>joseph@jhllaw.com<br>megant@jhllaw.com | Attorneys for Plaintiff |
| Roger Y. Muse<br>John R. Matheny<br>Alyssa Schabloski<br>Excelsior Law<br>9595 Wilshire Boulevard, Suite 900<br>Beverly Hills, CA 90212<br>Telephone: (310) 205-3981<br>Facsimile: (310) 205-0594<br>roger@excelsior-law.com<br>john@excelsior-law.com<br>alyssa@excelsior-law.com | Attorneys for Plaintiff |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 13, 2020, at Los Angeles, California.

*Mary Garner*
───────────────────────
Mary Garner